**E-filed 5/29/07**

SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FARZAM TOUDEH FALLAH,<br><br>    Plaintiff,<br><br>    v.<br><br>ALBERTO GONZALES, United States Attorney General, U.S. Department of Justice; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services; DAVID STILL, San Francisco District Director, United States Citizenship and Immigration Services; ROBERT MUELLER, III, Director of the Federal Bureau of Investigation,<br><br>    Defendants. | No. C 07-1477 JF<br><br>**PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS** |

    Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them. Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to plaintiff's request that this Court compel

Parties' Joint Request for Exemption
C07-1477 JF                            1

1  defendants to adjudicate the application for adjustment of status. Given the substance of the action
2  and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and
3  unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request
4  the case be removed from the ADR Multi-Option Program and that they be excused from
5  participating in the ADR phone conference and any further formal ADR process.

7  Dated: May 24, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

15  Date: May 24, 2007

JUSTIN FOK
Attorney for Plaintiff

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

21  Date: 5/29/07

JEREMY FOGEL
United States District Judge

Parties' Joint Request for Exemption
C07-1477 JF                                        2